| | |
|---|---|
| 1 | **THE MATHEWS LAW GROUP** |
| 2 | CHARLES T. MATHEWS, ESQ. (SBN 55889)<br>GEORGE S. AZADIAN, ESQ. (SBN 253342) |
| 3 | 2596 Mission Street, Suite 204<br>San Marino, California 91108 |
| 4 | Ph.:   (626) 683-8291<br>Fax:   (626) 683-8295 |
| 5 | Attorneys for Plaintiff and the Proposed Classes, |
| 6 | KATRINA ANDERSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| KATRINA ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE CBE GROUP, INC., THE CBE GROUP SW, INC. AND DIRECTV<br><br>Defendants. | CASE NO. 11-CV-245-SI<br><br>DECLARATIONS MADE ON BEHALF OF DEFENDANTS THE CBE GROUP, INC. AND THE CBE GROUP SW, INC. IN SUPPORT OF STIPULATED DISMISSAL OF THE CBE GROUP, INC. AND THE CBE GROUP SW, INC. |

DECLARATIONS OF CBE DEFENDANTS
(CASE NO. 11-CV-245-SI)

1  Attached hereto as Exhibit 1 are true and correct copies of the declarations made on
2  behalf of defendants THE CBE GROUP, INC. and THE CBE GROUP SW, INC. in support of
3  the Stipulated Dismissal of defendants THE CBE GROUP, INC. and THE CBE GROUP SW,
4  INC. (Dkt. No. 26.).

Dated: May 23, 2011

**THE MATHEWS LAW GROUP**

By: /s/ George S. Azadian
George S. Azadian
Attorneys for Plaintiff
KATRINA ANDERSON and the Proposed Classes

-1-
DECLARATIONS OF CBE DEFENDANTS
(CASE NO. 11-CV-245-SI)