# EXHIBIT 1

1    Mark E. Ellis - 127159
Grant A. Winter - 266329
2    ELLIS, LaVOIE, POIRIER,
     STEINHEIMER & McGEE LLP
3    555 University Avenue, Suite 200 East
Sacramento, CA 95825
4    Tel: (916) 283-8820
Fax: (916) 283-8821
5    mellis@ellislawgrp.com
gwinter@ellislawgrp.com
6

Attorneys for Defendant CBE GROUP, INC. and CBE GROUP SW, INC.
7

8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13    KATRINA ANDERSON, on behalf of herself and    Case No.: 11-CV-0245-NJV
all others similarly situated,
14                                       **DECLARATION OF THOMAS LOCKARD**
15        Plaintiff,

16    v.

17    THE CBE GROUP, INC., THE CBE GROUP
SW, INC. and DIRECTV,
18        Defendants.

19

20        I, Thomas Lockard, declare as follows:

21        1.      I am the Manager of Regulatory Compliance of the CBE Group, Inc., and the CBE

22    Group SW, Inc., the defendants in this action (herinafter collectively referred to as "CBE"). I am

23    making this declaration of my own personal knowledge and if called to testify thereto, I would and

24    could competently do so.

25        2.      I have worked for CBE since October of 2002. My first position there was collector. I

26    became a collection "team lead" in July of 2004. In November of 2004, I became a trainer in the

27    Human Resources Department, where I trained collection staff regarding collection policies and

28    procedures. In February of 2006, I began working in the Regulatory Compliance Department as an

- 1 -

DECLARATION OF THOMAS LOCKARD

1   Administrator of Compliance. I began my current job as Manager of Regulatory Compliance in

2   September of 2009.

3       3.      As Manager of Regulatory Compliance, I personally supervise and direct operations of

4   the Regulatory Compliance Department. The function of the Regulatory Compliance Department is to

5   ensure that all CBE operations are in compliance with state and federal law, as well as various other

6   regulations. One of my official duties is to review information from the collection database to look for

7   any indication of collection activity that may not comply with the law. It is also one of my duties to

8   review data from the collection database to ensure that it is being recorded in compliance with the law

9   and CBE's procedures. For that reason, I regularly direct CBE staff to use computer software to create

10  myriad reports and statistics based on information from the database. I rely on those reports and

11  statistics to determine compliance. Thus, I am personally familiar with the type of information

12  contained in the database, as well as the capabilities and limitations of CBE's software to generate

13  reports and statistics based on that information.

14      4.      I have reviewed and am personally familiar with CBE's procedures and policies, its

15  computer systems, and the input of debtor data into those computer systems. I am personally familiar

16  with CBE's procedures and policies concerning training debt collector employees in the use of the

17  company software; this system assists CBE in tracking the collection efforts and activities as to every

18  individual debtor on whose account CBE collects.

19      5.      CBE employs computerized debt collection assistance and tracking software to manage

20  its collections. When a new collection account for a particular debtor is assigned to CBE, it is CBE's

21  invariable policy and procedure to set up an account for the debtor in its collection database.

22      6.      CBE's policy and procedure is to record data about all activities performed for the

23  purpose of collecting on an account, including communications, and attempted communications. The

24  recorded data includes the phone number to which all outgoing calls are placed. All of this collection

25  data, including outgoing telephone numbers, is maintained in the ordinary course of business for a

26  certain period.

27

28

- 2 -

DECLARATION OF THOMAS LOCKARD

7.      CBE's counsel, Mark Ellis, asked CBE to use the collection information stored in the database to determine if, when and how many times, if ever, CBE has called the phone number (707) 496-4790.

8.      In response to Mr. Ellis's request, my staff and I used CBE's software to sort the information stored in the database to determine whether we either entered that telephone number into our record database as part of a collection account, or ever called the number, or even had the number in our system. Our research has disclosed that CBE has not placed any telephone calls to (707) 496-4790, at any time from June 2010, until the present. Our records do not reflect that this number is associated with any account sent by DIRECTV for collection, or any account we otherwise were assigned to collect. The amount of data that must be sorted to determine whether one single phone number has been called is immense and the process is very time consuming. Thus, at the present time, the scope of the reports is limited from June 2010, until the present. Consequently, we can say definitively that CBE did not collect on an account associated with this phone number, and did not call the number in question during the periods outlined in the complaint.

I declare under penalty of perjury under the laws of the United States and the State of California that this declaration was executed on May 11, 2011, and that the foregoing is true and correct of my own personal knowledge and belief, and if called upon to testify thereto, I could do so competently.

Dated: May 11, 2011

_____
Thomas Lockard

- 3 -

DECLARATION OF THOMAS LOCKARD

1   Mark E. Ellis - 127159
    Grant A. Winter - 266329
2   ELLIS, LaVOIE, POIRIER,
       STEINHEIMER & McGEE LLP
3   555 University Avenue, Suite 200 East
    Sacramento, CA  95825
4   Tel: (916) 283-8820
    Fax: (916) 283-8821
5   mellis@ellislawgrp.com
    gwinter@ellislawgrp.com
6
    Attorneys for Defendant CBE GROUP, INC. and CBE GROUP SW, INC.
7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  KATRINA ANDERSON, on behalf of herself and   Case No.:  11-CV-0245-NJV
    all others similarly situated,
14                                               **DECLARATION OF MICHAEL FROST**
             Plaintiff,
15
    v.
16
    THE CBE GROUP, INC., THE CBE GROUP
17  SW, INC. and DIRECTV,

18           Defendants.

19
         I, Michael Frost, declare as follows:
20
         1.      I am the Senior Vice-President and General Counsel of the CBE Group, Inc., and the
21
    CBE Group SW, Inc., the defendants in this action (herinafter collectively referred to as "CBE"). My
22
    duties as Senior Vice-President and General Counsel include assessing and defending CBE from
23
    lawsuits and other types of legal claims.   I have been personally authorized by CBE's board of
24
    directors to make decisions and take actions that are, in my professional judgment as a lawyer and a
25
    business executive, in CBE's best interest.
26

27

28

                                    - 1 -

                        DECLARATION OF MICHAEL FROST

2.      In order to effectuate dismissal of the instant lawsuit, on or about May 9, 2011, CBE authorized Thomas Lockard to attest, on behalf of CBE, to the statements contained in the document entitled "Declaration of Thomas Lockard," which Mr. Lockard executed on May 11, 2011.

I declare under penalty of perjury under the laws of the United States and the State of California that the statements in this declaration are true and correct.

Dated: May 16, 2011

Michael Frost
SVP + General Counsel

-2-

DECLARATION OF MICHAEL FROST