Mark E. Ellis - 127159
Grant A. Winter - 266329
ELLIS, LaVOIE, POIRIER,
  STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
gwinter@ellislawgrp.com

Attorneys for Defendant CBE GROUP, INC. and CBE GROUP SW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATRINA ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CBE GROUP, INC., THE CBE GROUP SW, INC. and DIRECTV,<br><br>Defendants. | Case No.: 11-CV-0245-NJV<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissal of the entire action is hereby granted to Defendants CBE GROUP, INC., and CBE GROUP SW, INC. with prejudice.

Dated: 5/24/11

*Susan Illston*
UNITED STATES DISTRICT JUDGE