THE MATHEWS LAW GROUP
Charles T. Mathews Esq. (SBN 55889)
George S. Azadian Esq. (SBN 253342)
2596 Mission Street, Suite 204
San Marino, California 91108
Tel:  (626) 683-8291
Fax:  (626) 683-8295
Ted@ctmesq.com
George@ctmesq.com

Attorneys for Plaintiff and the Proposed Classes,
 KATRINA ANDERSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO BRANCH

| | |
|---|---|
| KATRINA ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IQOR, Inc. and DIRECTV, Inc.<br><br>Defendants. | CASE NO.  11-CV-245-SI<br><br>**STIPULATION [AND ORDER] THAT PLAINTIFF BE PERMITTED TO FURTHER AMEND HER COMPLAINT**<br><br>Hon. Susan Illston |

**STIPULATION [AND ORDER] TO PERMIT PLAINTIFF TO FURTHER AMEND HER COMPLAINT**

**STIPULATION**

Plaintiff Katrina Anderson ("Plaintiff"), Defendant DIRECTV, Inc. ("DIRECTV"), and putative Defendant First Contact LLC (erroneously sued as "iQor, Inc.") hereby submit this Stipulation to the Court and ask that the Court grant the proposed order allowing Plaintiff to further amend her complaint. In support, the parties state as follows:

WHEREAS the Court ordered Plaintiff to file an Amended Complaint by June 3, 2011 (Dkt. No. 29);

WHEREAS, on June 3, 2011, Plaintiff timely filed an Amended Complaint naming iQor, Inc. as a defendant and stating "DIRECTV has informed counsel for Plaintiff that these calls were placed by iQor on behalf of DIRECTV" (Dkt. No. 31, at ¶ 11);

WHEREAS Defendant DIRECTV did originally name iQor, Inc. in its Initial Disclosures, but has amended those Initial Disclosures to clarify that the entity with which it has contracted to make calls such as the ones allegedly made to Plaintiff is First Contact LLC;

WHEREAS Plaintiff has determined that her complaint should be amended in light of these new disclosures, so as to name First Contact LLC as a Defendant and to drop currently named Defendant iQor, Inc.;

WHEREAS Plaintiff, DIRECTV and putative Defendant First Contact LLC stipulate to the proposed amendment of the First Amended Complaint ("FAC") filed by Plaintiff on June 3, 2011;

WHEREAS the FAC filed by Plaintiff on June 3, 2011 has not been answered by any Defendant, and thus there is no prejudice in permitting an amendment at this time and, indeed, amendment will aid in the efficiency of these proceedings;

WHEREAS the FAC filed on June 3, 2011 was the first complaint asserting claims against the entities DIRECTV, Inc. and iQor, Inc., and thus a further amendment could be made as a matter of course under Federal Rule of Civil Procedure 15(a); and

WHEREAS Plaintiff has concurred that no Defendant has waived any defenses or any responses to the further amended complaint by entering into this stipulation.

**STIPULATION [AND ORDER] TO PERMIT PLAINTIFF TO FURTHER AMEND HER COMPLAINT**

THEREFORE, the parties hereby stipulate to, and ask that the Court order, the following:

1. In light of DIRECTV's Amended Initial Disclosures, Plaintiff should be permitted to further amend her complaint on or before Friday, July 22, 2011 so as to dismiss iQor, Inc. and substitute in First Contact LLC in iQor's place;

2. Defendants will then have until August 22, 2011 to respond to Plaintiff's further amended complaint;

3. Defendants are not required to respond to the First Amended Complaint, as it is to be amended by Plaintiff.

IT IS SO STIPULATED.

Dated: June 28, 2011

By: /s/ George S. Azadian
George S. Azadian
The Matthews Law Group
*Attorneys for Plaintiff and the Proposed Classes,*
KATRINA ANDERSON

By: _____
Becca Wahlquist
Manatt, Phelps, & Phillips LLP
*Attorneys for DIRECTV, Inc.*

By: _____
Abraham J. Colman
Reed Smith, LLP
*Attorneys for First Contact LLC*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 6/29/11    By: _____
The Honorable Susan Illston

**STIPULATION [AND ORDER] TO PERMIT PLAINTIFF TO FURTHER AMEND HER COMPLAINT**

THEREFORE, the parties hereby stipulate to, and ask that the Court order, the following:

1. In light of DIRECTV's Amended Initial Disclosures, Plaintiff should be permitted to further amend her complaint on or before Friday, July 22, 2011 so as to dismiss iQor, Inc. and substitute in First Contact LLC in iQor's place;

2. Defendants will then have until August 22, 2011 to respond to Plaintiff's further amended complaint;

3. Defendants are not required to respond to the First Amended Complaint, as it is to be amended by Plaintiff.

IT IS SO STIPULATED.

Dated: June 24, 2011

By: _____
George S. Azadian
The Matthews Law Group
*Attorneys for Plaintiff and the Proposed Classes,*
KATRINA ANDERSON

By: _____
Becca Wahlquist
Manatt, Phelps, & Phillips LLP
*Attorneys for DIRECTV, Inc.*

By: _____
Abraham J. Colman
Reed Smith, LLP
*Attorneys for First Contact LLC*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____  By: _____
The Honorable Susan Illston

**STIPULATION [AND ORDER] TO PERMIT PLAINTIFF TO FURTHER AMEND HER COMPLAINT**