MANATT, PHELPS & PHILLIPS, LLP
BECCA WAHLQUIST (State Bar No. 215948)
E-mail: bwahlquist@manatt.com
LYDIA M. MENDOZA (State Bar No. 247916)
E-mail: lmendoza@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO BRANCH

| | |
|---|---|
| KATRINA ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IQOR HOLDINGS US, Inc., FIRST CONTACT, INC., FIRST CONTACT LLC and DIRECTV, Inc.<br><br>Defendants. | CASE NO. 11-CV-245-SI<br><br>STIPULATION [AND ORDER] TO TAKE CASE MANAGEMENT CONFERENCE, CURRENTLY SCHEDULED FOR AUGUST 26, 2011, OFF CALENDAR<br><br>Hon. Susan Illston |

## STIPULATION

Plaintiff Katrina Anderson ("Plaintiff"), Defendants First Contact Inc and First Contact, LLC, Defendant iQor Holdings US Inc. ("iQor") (specially appearing, without consenting to jurisdiction thereby), and Defendant DIRECTV, Inc. ("DIRECTV") hereby submit this Stipulation to the Court and ask that the Court grant the proposed order to take the currently scheduled August 26, 2011 Case Management Conference off calendar.

In support, the parties state as follows:

WHEREAS, pursuant to the parties' stipulation and the Court's subsequent Order (Dkt. No. 35), Plaintiff filed her Second Amended Complaint on July 22, 2011 (Dkt. No. 38);

WHEREAS according to the Order, Defendants' responses to the Second Amended Complaint are due on or before August 22, 2011 (Dkt. No. 35);

WHEREAS, a Case Management Conference in this matter is currently scheduled to take place on August 26, 2011, which is only four days after Defendants' responsive pleadings are due and would thus take place well before any hearing on the responsive pleadings;

WHEREAS the parties agree that the August 26 Case Management Conference should be taken off calendar until after the Court has ruled on any responsive pleadings;

THEREFORE, the parties hereby stipulate to, and ask that the Court order, the following:

1. The Case Management Conference that is currently scheduled for August 26, 2011 shall be taken off calendar until after the Court has ruled on Defendants' responsive pleadings.

2. A new Case Management Conference will be scheduled after the Court has ruled on Defendants' responsive pleadings.

IT IS SO STIPULATED.

Dated: August 19, 2011

By: _____ *with permission*
George S. Azadian
The Matthews Law Group

Attorneys for Plaintiff and the Proposed Classes,
KATRINA ANDERSON

By: _____
Becca Wahlquist
Manatt, Phelps, & Phillips LLP

Attorneys for DIRECTV, Inc.

By: _____ *with permission*
Abraham J. Colman
Reed Smith, LLP

Attorneys for Defendants First Contact Inc and
First Contact, LLC

Specially appearing for Defendant iQor
Holdings US Inc.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: 8/24/11      By: _____
                         The Honorable Susan Illston

The Case Management Conference is continued to
11/18/11 @ 2:30 p.m.

**STIPULATION [AND ORDER] TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR**

## PROOF OF SERVICE

I, Lydia Mendoza, declare as follows:

I am employed in Los Angeles County, Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On August 19, 2011, I served the within:

**STIPULATION [AND ORDER] TO TAKE CASE MANAGEMENT CONFERENCE, CURRENTLY SCHEDULED FOR AUGUST 26, 2011, OFF CALENDAR**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| **THE MATHEWS LAW GROUP** | **REED SMITH, LLP** |
| Charles T. Mathews, Esq. | Abraham J. Colman |
| George Azadian, Esq. | 355 South Grand Avenue |
| 2596 Mission Street, Suite 204 | No. 2900 |
| San Marino, CA 91108 | Los Angeles, CA 90071-1514 |
| Phone: (626) 683-8291 | Phone: (213) 457-8000 |
| Email: ted@ctmesq.com | Email: acolman@reedsmith.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Katrina Anderson | *First Contact Inc. and First Contact, LLC; Specially appearing for Defendant iQor Holdings US Inc.* |

☐ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Los Angeles, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☒ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically to the person(s) at the electronic mail addresses listed above, via electronic mail and via the Northern District of California's CM/ECF system. The transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on August 19, 2011, at Los Angeles, California.

_____
Lydia Mendoza

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES