Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:     213 457 8000
Facsimile:     213 457 8080

Attorney for Defendants
iQor Holdings US Inc., First Contact, Inc., and
First Contact LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KATRINA ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IQOR HOLDINGS US, INC., FIRST CONTACT, INC., FIRST CONTACT LLC, and DIRECTV, INC.,<br><br>Defendants. | Case No. 11-cv-0245-SI<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STRIKE FROM OCTOBER 28, 2011 TO DECEMBER 2, 2011 AND CONTINUING CASE MANAGEMENT CONFERENCE FROM NOVEMBER 8, 2011 TO DECEMBER 2, 2011<br><br>**Hearing:**<br>Current Date:   October 28, 2011<br>Proposed Date: December 2, 2011<br>Time:           9:00 a.m.<br>Place:          Courtroom 10<br><br>**Case Management Conference:**<br>Current Date:   November 8, 2011<br>Proposed Date: December 2, 2011<br>Time:           9:00 a.m.<br>Place:          Courtroom 10<br><br><br>The Honorable Susan Y. Illston |

[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE
AND CONTINUING CASE MANAGEMENT CONFERENCE

11-cv-0245-SI

# [PROPOSED] ORDER

**PURSUANT TO THE STIPULATION**, by and between plaintiff Katrina Anderson ("Plaintiff"), "First Contact LLC," "First Contact, Inc.," "iQor Holdings US Inc." and DIRECTV, Inc. (collectively, "Defendants") submitted concurrently herewith, **IT IS SO ORDERED.**

The hearing on the Defendants' Motion to Dismiss and Motion to Strike is continued to __12/2/11__.

The initial Case Management Conference is continued to __12/2/11__.

Dated: __10/25/11__   By: _____
The Honorable Susan Illston

---

[PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE
AND CONTINUING CASE MANAGEMENT CONFERENCE

11-cv-0245-si