1 Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
2 Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
3 REED SMITH LLP
355 South Grand Avenue, Suite 2900
4 Los Angeles, CA 90071-1514
Telephone: 213 457 8000
5 Facsimile: 213 457 8080

6 Attorney for Defendants
iQor Holdings US Inc., First Contact, Inc., and
7 First Contact LLC

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KATRINA ANDERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IQOR HOLDINGS US, INC., FIRST CONTACT, INC., FIRST CONTACT LLC, and DIRECTV, INC.,<br><br>Defendants. | Case No. 11-cv-0245-SI<br><br>**STIPULATION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>The Honorable Susan Y. Illston |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Katrina Anderson ("Plaintiff") and defendants First Contact LLC, First Contact, Inc., iQor Holdings US Inc., and DIRECTV, Inc. (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate that the Second Amended Complaint be dismissed *with prejudice* as to all of the individual claims advanced by Plaintiff against Defendants, and *without prejudice* as to all of the purported uncertified class action claims advanced by Plaintiff against Defendants.

In light of this Stipulated Dismissal, Defendants withdraw their motions currently set for December 9, 2011.

**IT IS SO STIPULATED.**

DATED: December 2, 2011    THE MATTHEWS LAW GROUP

By: /s/ George S. Azadian
George S. Azadian
Attorneys for Plaintiff and the Proposed Classes, Katrina Anderson

DATED: December 2, 2011    REED SMITH LLP

By: /s/ Abraham J. Colman
Abraham J. Colman
Felicia Y. Yu
Attorneys for Defendants
iQor Holdings US Inc., First Contact, Inc., and First Contact LLC

DATED: December 2, 2011    MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Becca Wahlquist
Becca Wahlquist
Attorneys for Defendant
DIRECTV, Inc.

---

1

STIPULATION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
11-cv-0245-si

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On December 2, 2011, I served the following document(s) by the method indicated below:

**STIPULATION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

Charles T. Mathews, Esq
George Azadian, Esq.
Zack I Domb, Esq.
THE MATHEWS LAW GROUP
2596 Mission Street, Suite 204
San Marino, CA 91108
Telephone: 626.683.8291
Facsimile: 626.683.8295
Email: ted@mathewslawgroup.com
       george@mathewslawgroup.com

Attorneys for Plaintiff,
*KATRINA ANDERSON*

Becca Wahlquist, Esq.
Lydia M. Mendoza, Esq.
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.,
Los Angeles, CA 90064-1614
Telephone: 310.312.4000
Facsimile:
Email: bwahlquist@manatt.com &
       lmendoza@manatt.com

Attorneys for Defendant,
*DIRECTV, INC.*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 2, 2011, at Los Angeles, California.

*Gilda S. Anderson*
Gilda S. Anderson

- 1 -

US_ACTIVE-107094904.2